**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-63119-CIV-ALTMAN/Hunt**

**MICHAEL KORS, L.L.C.**, *et al.*,

    *Plaintiffs*,

v.

**THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"** *et al.*,

    *Defendants*.

_____/

## FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

**THIS MATTER** comes before the Court on the Plaintiffs' Motion for Entry of Final Default Judgment [ECF No. 34] (the "Motion"). The Court granted the Motion in a separate Order. Pursuant to Federal Rule of Civil Procedure 58(a), the Court hereby **ENTERS THIS SEPARATE FINAL JUDGMENT**.

Accordingly, it is **ORDERED and ADJUDGED** that **Final Default Judgment is hereby entered** in favor of the Plaintiffs, Michael Kors, L.L.C., J. Choo Limited, and Gianni Versace, (the "Plaintiffs"), and against the Defendant Individuals, Partnerships, or Unincorporated Associations identified on Schedule "A" hereto (collectively, the "Defendants") as follows:

(1)    Permanent Injunctive Relief:

The Defendants and their officers, directors, agents, representatives, subsidiaries, distributors, servants, employees and attorneys, and all persons acting in concert and participation with the Defendants are hereby permanently restrained and enjoined from:

    a.    manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods bearing the Plaintiffs' trademarks, or any confusingly similar

        trademarks identified on Schedules "B," "C," and "D," of the Amended Complaint (the "Plaintiffs' Marks") [ECF No. 17];

    b.    using the Plaintiffs' Marks in connection with the sale of any unauthorized goods;

    c.    using any logo, and/or layout which may be calculated to falsely advertise the services or products of the Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with the Plaintiffs;

    d.    falsely representing themselves as being connected with the Plaintiffs, through sponsorship or association;

    e.    engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of the Defendants are in any way endorsed by, approved by, and/or associated with the Plaintiffs;

    f.    using any reproduction, counterfeit, copy, or colorable imitation of the adidas Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by the Defendants;

    g.    affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by the Defendants as being those of the Plaintiffs or in any way endorsed by the Plaintiffs;

    h.    otherwise unfairly competing with the Plaintiffs;

    i.    using the Plaintiffs' Marks, or any confusingly similar trademarks on e-commerce marketplaces, Internet based photo albums, social media websites, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and from any other form of use of such terms which are visible to a computer user or serves to direct computer searches to Internet based e-commerce stores, Internet photo albums, social media accounts, or websites registered, owned, or operated by the Defendants; and

    j.    effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

(2)    Additional Equitable Relief:

    a.    Upon the Plaintiffs' request, the Internet marketplace, Internet based photo album, social media website operators and/or administrators for the Internet based e-commerce stores operating under the seller identities on Schedule "A" hereto ("Seller IDs"), including but not limited to Amazon.com, Inc.,

    Alibaba.com Hong Kong Limited, which operates the AliExpress.com platform, eBay Inc., Instagram.com, Joom.com, and ContextLogic, Inc., which operates the Wish.com platform, shall permanently remove from the multiple platforms, which include, *inter alia*, a Direct platform, Group platform, Seller Product Management platform, Vendor Product Management platform, and Brand Registry platform, any and all listings and associated images of goods bearing counterfeits and/or infringements of the Plaintiffs' Marks via the e-commerce stores, Internet photo albums, and social media accounts operating under the Seller IDs, including but not limited to the listings and associated images identified by the "parent" and/or "child" Amazon Standard Identification Numbers ("ASIN") on Schedule "A" hereto, and upon the Plaintiffs' request, and any other listings and images of goods bearing counterfeits and/or infringements of the Plaintiffs' Marks associated with any ASIN linked to the same sellers or any other alias seller identification names, e-commerce stores, Internet photo albums, or social media accounts being used and/or controlled by the Defendants to promote, offer for sale and/or sell goods bearing counterfeits and/or infringements of the adidas Marks; and

  b. Upon the Plaintiffs' request, any Internet marketplace website operator and/or administrator who is in possession, custody, or control of the Defendants' goods bearing and/or using one or more of the Plaintiffs' Marks, including but not limited to Amazon.com, Inc., Alibaba.com Hong Kong Limited, which operates the AliExpress.com platform, eBay Inc., Instagram.com, Joom.com, and ContextLogic, Inc., which operates the Wish.com platform, shall permanently cease fulfillment of and sequester those goods, and surrender the same to the Plaintiffs.

(3) Statutory damages in favor of the Plaintiffs pursuant to 15 U.S.C. § 1117(c):

  a. Award the Plaintiffs damages of $1,000,000.00 against each of the Defendants, for which let execution issue. **The awarded amount falls within the permissible statutory range under 15 U.S.C. § 1117(c)**.

(4) The financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms receiving notice of this Order, including but not limited to, Amazon Payments, Inc. ("Amazon"), Alibaba.com Hong Kong Limited, which operates the AliExpress.com platform ("AliExpress"), Zhejiang Ant Small and Micro Financial Services Group Co., Ltd. ("Ant Financial Services"), AliPay (China) Internet Technology Co. Ltd. and Alipay.com Co., Ltd. (collectively, "Alipay"), Worldpay US, Inc. ("Worldpay"), PayPal, Inc. ("PayPal"),

3

        Payoneer, Inc., ("Payoneer"), SIA Joom ("Joom"), and ContextLogic, Inc., which operates the Wish.com platform, and their related companies and affiliates, shall, within 5 business days, transfer to the Plaintiffs all funds in the Defendants' financial accounts and/or sub-accounts including those associated with the Internet based e-commerce stores operating under the Seller IDs and/or the e-mail addresses identified on Schedule "A" hereto, including but not limited to all funds currently restrained pursuant to the temporary restraining order and preliminary injunction in this action, in partial satisfaction of the monetary judgment entered herein against each Defendant. The financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms receiving notice of this Order, including but not limited to, Amazon, AliExpress, Ant Financial Services, Alipay, Worldpay, PayPal, Payoneer, Joom, and ContextLogic, Inc., which operates the Wish.com platform, and their related companies and affiliates, shall provide to the Plaintiffs at the time the funds are released, a breakdown reflecting the (i) total funds restrained in this matter per Defendant; (ii) total chargebacks, refunds, and/or transaction reversals deducted from each Defendant's funds restrained prior to release; and (iii) total funds released per Defendant to the Plaintiffs.

(5) Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

(6) The Court retains jurisdiction to enforce this Final Default Judgment and Permanent Injunction.

(7) The Clerk of Court is directed to **CLOSE** this case. All deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 27th day of April 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

## SCHEDULE A:
## DEFENDANTS' RESPECTIVE FINANCIAL ACCOUNTS/INFORMATION

| Def. No. | Seller ID | Platform | Payment Account Information/ Seller Information | Store URL |
|---|---|---|---|---|
| 1 | Amoda Store | Aliexpress | AliExpress Store No: 4685080 | |
| 2 | GbgToy Store | AliExpress | AliExpress Store No: 1383999 | |
| 4 | JoyLife Muccaski | Amazon | Amazon Seller ID: A34EIKVL1BF8NO Infringing ASIN: B07TDY4HHZ | |
| 5 | Xinkexingcons | Amazon | Amazon Seller ID: A1IHOTMAPF3BM9 Infringing ASIN: B07TDY4HHZ | |
| 6 | addilaud_0 | eBay | addis.lauda@yahoo.com | |
| 7 | agus-gila | eBay | kopiituwedang@gmail.com | |
| 8 | amiribahrudi0 | eBay | bahrudinamiril@yahoo.com | |
| 9 | andsamba-0 | eBay | andisambal222@gmail.com | |
| 10 | apepisan_0 | eBay | apelpisang12@gmail.com | |
| 11 | broncarl_0 | eBay | bcarlson85@yahoo.com | |
| 12 | burundor | eBay | doroituburung@gmail.com | |
| 13 | diamixi1503 | eBay | Dianaguerrero2202@hotmail.com | |
| 14 | dianumaro-0 | eBay | umarohd@yahoo.com | |
| 15 | dropbears08 | eBay | yeqiaohao33137@hotmail.com | |
| 16 | erya-02 | eBay | erya.devita2121@gmail.com | |
| 17 | glakni0 | eBay | zongmeiw1@outlook.com | |
| 18 | harsandreant0 | eBay | harsaandreanta31@gmail.com | |
| 19 | heisenber99 | eBay | acab2005rca@gmail.com | |
| 20 | iamyours0806-0 | eBay | Iamyours0806@outlook.com | |
| 21 | id2015-kuma | eBay | kumaraitukuma@gmail.com | |
| 22 | id-vickr | eBay | marrmari6@gmail.com | |
| 23 | josadi-4 | eBay | josh.adir@yahoo.com | |
| 24 | lammala_0 | eBay | lamamalam39@gmail.com | |
| 25 | lemperarj | eBay | ragilituragul@gmail.com | |

| Def. No. | Seller ID | Platform | Payment Account Information/ Seller Information | Store URL |
|---|---|---|---|---|
| 26 | loubote-2019 | eBay | chcfanbaoye@outlook.com | |
| 27 | lukmahaki_34 | eBay | hlukman22@yahoo.com | |
| 28 | maazai8 | eBay | maanzayed84@gmail.com | |
| 29 | milkfly99 | eBay | kelloggwawlzza@hotmail.com | |
| 30 | naspadan_0 | eBay | getuklindri242@gmail.com | |
| 31 | nurhamiasm-0 | eBay | nasmu@yahoo.com | |
| 32 | ojuda_0 | eBay | donatenak222@gmail.com | |
| 33 | outladys | eBay | Lvmarwah@gmail.com | |
| 34 | pran888 | eBay | praneet7@yahoo.com | |
| 35 | rionard0 | eBay | bernardm83@yahoo.com | |
| 36 | rrich09 | eBay | r_richard2320@yahoo.com | |
| 37 | saminid2015 | eBay | saminiitupijet@gmail.com | |
| 38 | segtiwu0 | eBay | segotiwul653@gmail.com | |
| 39 | somsah11 | eBay | somsah12@yahoo.com | |
| 40 | steve_q1 | eBay | gloria_qpgucogau@outlook.com | |
| 41 | subrotsaputr-0 | eBay | subrotosaputro@yahoo.com | |
| 42 | suraand-0 | eBay | ansurat29@gmail.com | |
| 43 | trinugroh_2 | eBay | trianug848@gmail.com | |
| 44 | wellsie*aus | eBay | tashopwk@hotmail.com | |
| 45 | yangmi86 | eBay | yangming1027@outlook.com | |
| 46 | zantodes | eBay | Zantodes.Steve@gmail.com | |
| 47 | byyourluxuryfactory | Instagram | dhiyazarapremiumoutlet@gmail.com<br><br>WhatsApp: byyourluxuryfactory<br>+60 13-296 9445 | |
| 48 | r_luxurywatchoriginal | Instagram | r.networkgangmafia@gmail.com<br><br>WhatsApp: r_luxurywatchoriginal<br>+60 11-1005 3030 | |

| Def. No. | Seller ID | Platform | Payment Account Information/ Seller Information | Store URL |
|---|---|---|---|---|
| 49 | minhasstore | Instagram | Payoneer syed2777@outlook.com Payment ID 147620124 chatminhas@gmail.com  WhatsApp: Minhasstore +923032757377 | |
| 50 | DFJGL | Joom | Joom USA Inc | https://www.joom.com/en/stores/5cf9c80a6ecda803015a5a87 |
| 51 | directbuy | Joom | Joom USA Inc | https://www.joom.com/en/stores/1488268273297411197-118-3-26341-482103750 |
| 52 | eleven02 | Joom | Joom USA Inc | https://www.joom.com/en/stores/1516260139908840238-197-3-39131-744652569 |
| 53 | fjtgfjk | Joom | Joom USA Inc | https://www.joom.com/en/stores/5d23f28636b54d0301b43545 |
| 54 | ZJH | Joom | Joom USA Inc | https://www.joom.com/en/stores/5d2fcc5936b54d0301ec63c0 |
| 55 | aygxyyouth0108 | Wish | PayPal *Wish* | https://www.wish.com/merchant/5aa20062ddf45b1ae7a4ce1b |
| 56 | dadadebuyaoyuo | Wish | PayPal *Wish* | https://www.wish.com/merchant/5ae297a6b125ab4c4b3214da |
| 58 | Lancy cui | Wish | PayPal *Wish* | https://www.wish.com/merchant/5ac19a75a6bf7a0568ef7a57 |
| 59 | xiaoyinjiachuang | Wish | PayPal *Wish* | https://www.wish.com/merchant/5b3f2565038595650b1a9f61 |
| 60 | Young Girls and mascots | Wish | PayPal *Wish* | https://www.wish.com/merchant/5af9145c8699ce106bdd5b76 |
| 61 | zhiyuju | Wish | PayPal *Wish* | https://www.wish.com/merchant/5b484a90d5dbc23c18333b4c |

8